**Exhibit C – February 9, 2022, Email to Representative Faison's Office**

# Exhibit C

# February 9, 2022, Email to Representative Faison's Office

**Exhibit C – February 9, 2022, Email to Representative Faison's Office**

4/26/22, 3:38 PM        Mail - Austin, Mary P - Outlook

**Follow Up - Meeting with Rep. Faison**

Austin, Mary P <mary.p.austin@Vanderbilt.Edu>
Wed 2/9/2022 3:32 PM
To: meri.kaftan@capitol.tn.gov <meri.kaftan@capitol.tn.gov>
Cc: Hans, Gautam <gautam.hans@vanderbilt.edu>;Brinker, Kyle M <kyle.m.brinker@Vanderbilt.Edu>;Severtson, Meredith R <meredith.r.severtson@Vanderbilt.Edu>;Blumenstein, Rachel S <rachel.s.blumenstein@Vanderbilt.Edu>

📎 1 attachments (216 KB)
10-15-21 Letter to Rep. Jeremy Faison.pdf;

Ms. Kaftan,

You spoke with my colleague on the phone this afternoon about setting up a meeting regarding a letter the Vanderbilt University Legal Clinic sent to Representative Faison on October 15, 2021. Please find the letter attached. Our client, Dean Fox, has been blocked from Representative Faison's official Facebook page. We believe that this is a violation of Mr. Fox's First Amendment rights, and we are considering litigation.

We would like to resolve this matter as quickly as possible. To that end, we are available to for a meeting this Friday afternoon or next Monday afternoon.

Sincerely,

Mary-Preston Austin
Rachel Blumenstein
Kyle Brinker
Meredith Severtson

Gautam Hans, Director of Stanton First Amendment Clinic

--
**Mary-Preston Austin**

Vanderbilt University Legal Clinic
+1 615.322.4964
Fax: 615.343.6562

NOTICE: The information contained in the above message is privileged and confidential information to be used solely by the intended recipient. The reader is notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender and delete all copies.

x