IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DEAN FOX<br><br>Plaintiff,<br><br>v.<br><br>REPRESENTATIVE JEREMY FAISON, State Representative, representing the 11th District of Tennessee House of Representatives, in his official capacity<br><br>Defendant. | No. 3:22-cv-00691<br><br>District Judge Aleta A. Trauger |

**[Proposed] ORDER**

Upon consideration of the Joint Motion for Briefing Schedule filed by the parties, the Court hereby **GRANTS** the parties' motion and **ORDERS** that the following deadlines shall govern Plaintiff's motion for preliminary injunction:

- **October 18, 2022**: Defendant's response to Plaintiff's Motion due;

- **October 25, 2022**: Plaintiff's reply in support of Motion due.

_____
HON. ALETA A. TRAUGER
U.S. DISTRICT COURT JUDGE