# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

DEAN FOX

    *Plaintiff*,

v.

REPRESENTATIVE JEREMY FAISON, State Representative, representing the 11th District of Tennessee House of Representatives, in his official capacity,

    *Defendant.*

Hon. Aleta A. Trauger
Civil No. 3:22-cv-00691

## DEFENDANT'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), Defendant, Jeremy Faison, moves for an order from this Court dismissing the claims asserted against him in this lawsuit for lack of jurisdiction and failure to state a viable claim to relief. As the arguments and authorities set out in the accompanying Memorandum of Law demonstrate, even accepting the Complaint's allegations as true, they state no valid claim to relief because neither the U.S. Constitution nor the Tennessee Constitution governs speech restrictions in private forums or provides a constitutional right to access privately controlled forums for expression. Sovereign immunity bars the asserted state law claim. And, under Plaintiff's theory of the case, legislative immunity prohibits suit against Faison. Because Plaintiff cannot cure these defects in the Complaint, dismissal should be with prejudice.

Dated: November 21, 2022                    Respectfully Submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

J. MATTHEW RICE (BPR# 040032)
Special Assistant to the Solicitor General

 */s/Pablo A. Varela*
PABLO A. VARELA (BPR# 029436)
Assistant Attorney General
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, Tennessee 37202-0207
Off. (615) 741-7069
Fax (615) 532-4892
Pablo.Varela@ag.tn.gov

*Counsel for Representative Jeremy Faison*

## CERTIFICATE OF SERVICE

I certify that I filed the above document using the Court's CM/ECF system on November 21, 2022, which electronically served a copy to all counsel of record, namely:

Susan L. Kay
Susan.kay@vanderbilt.edu
Jennifer Safstrom
Jennifer.safstrom@vanderbilt.edu
*William Anderson*
*Jamie Michael*
*Daniel Kopolovic*

Vanderbilt Law School Stanton Foundation
First Amendment Clinic
131 21st Ave South
Nashville, TN 37203-1181
(615) 322-4964

Date: November 21, 2022  */s/Pablo A. Varela*
PABLO A. VARELA