IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DEAN FOX<br><br>    Plaintiff,<br><br>v.<br><br>REPRESENTATIVE JEREMY FAISON, State Representative, representing the 11th District of Tennessee House of Representatives, in his official capacity,<br><br>    Defendant. | No. 3:22-cv-00691<br><br>District Judge Aleta A. Trauger |

## JOINT MOTION TO AMEND CASE MANAGEMENT ORDER

Pursuant to Rules 6(b) and 40 of the Federal Rules of Civil Procedure, as well as Local Rules 6.01 and 16.01, Plaintiff Dean Fox and Defendant Jeremy Faison, by and through their attorneys of record, hereby move the Court to amend the case management order (Doc. 40) as follows:

| Deadline | Current | Proposed |
|---|---|---|
| Discovery (written and depositions) | March 29, 2024 | September 27, 2024 |
| Dispositive Motions | September 15, 2024 | October 23, 2024 |
| Responses to Dispositive Motions | October 6, 2024 | November 13, 2024 |
| Replies | October 13, 2024 | November 20, 2024 |

In the Initial Case Management Order, the Court recognized that "[d]iscovery may be reopened or extended subject to the Supreme Court's decision in *Lindke v. Freed*, U.S., No. 22-611." Doc. 40, at 3. Counsel for the parties conferred and agreed that an extension of time to complete discovery and file dispositive motions is necessary. These later deadlines will permit time for additional discovery requests and party depositions after the Supreme Court's decisions in *Lindke v. Freed*, U.S., No. 22-611. Accordingly, the parties respectfully move the Court to

enter a modified scheduling order that reflects these deadlines.

Dated: April 1, 2024

Respectfully submitted,

*/s/ Jennifer Safstrom*
JENNIFER SAFSTROM*
jennifer.safstrom@vanderbilt.edu

SUSAN L. KAY (BPR# 006630)

Vanderbilt Law School Stanton Foundation
First Amendment Clinic
131 21st Ave
South Nashville,
TN 37203-1181
Telephone: (615) 322-4964

\*  *Admitted pro hac vice*

*Counsel for Dean Fox*

 */s/ Jeffrey B. Cadle*
JEFFREY B. CADLE (BPR# 037037)
Assistant Attorney General
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, Tennessee 37202-0207
Off. (615) 741-2472
Fax (615) 532-4892
Jeffrey.Cadle@ag.tn.gov

PABLO A. VARELA (BPR# 029436)
Assistant Attorney General

J. MATTHEW RICE (BPR# 040032)
Solicitor General

*Counsel for Representative Jeremy Faison*

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document was electronically filed on April 1, 2024, and served via the Court's CM/ECF system upon the following:

Susan L. Kay
Jennifer Safstrom
Vanderbilt Law School Stanton Foundation First Amendment Clinic
131 21st Ave South
Nashville, TN 37203-1181
susan.kay@vanderbilt.edu
jennifer.safstrom@vanderbilt.edu

*Counsel for Plaintiff*

                                            */s/ Jeffrey B. Cadle*
                                            Jeffrey B. Cadle