Motion GRANTED.
Extensions as requested.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DEAN FOX<br><br>*Plaintiff*,<br><br>v.<br><br>REPRESENTATIVE JEREMY FAISON, State Representative, representing the 11th District of Tennessee House of Representatives, in his official capacity,<br><br>*Defendant*. | No. 3:22-cv-00691<br><br>District Judge Aleta A. Trauger |

## MOTION TO AMEND CASE MANAGEMENT ORDER

Pursuant to Rules 6(b) and 40 of the Federal Rules of Civil Procedure, as well as Local Rules 6.01 and 16.01, Plaintiff Dean Fox, by and through his attorneys of record, hereby moves the Court to amend the latest case management order (Doc. 52) as follows:

| Deadline | Current | Plaintiff Proposal |
|---|---|---|
| Dispositive Motions | March 7, 2025 | April 7, 2025 |
| Responses to Dispositive Motions | March 28, 2025 | April 28, 2025 |
| Replies | April 4, 2025 | May 5, 2025 |

Plaintiff seeks to extend the deadline for dispositive motions, currently due on March 7, 2025, by one month as set forth above. Defendant's counsel opposes this motion. This extension will allow Defendant to fully comply with this Court's Order compelling production of discovery (Doc. 53) and will allow adequate time for both parties to prepare thorough and complete briefs once all discovery covered by the Court's Order is produced.

Good cause exists to extend the summary judgment briefing schedule because of Defendant's deficient responses to the Court's Order compelling production. (Doc. 53.) On