# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **DEAN FOX,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:22-cv-00691** |
| | ) | **Judge Aleta A. Trauger** |
| **REPRESENTATIVE JEREMY FAISON,** | ) | |
| **State Representative, representing the** | ) | |
| **11th District of the Tennessee House of** | ) | |
| **Representatives, in his official capacity,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Motion for Summary Judgment (Doc. No. 61) filed by defendant Representative Jeremy Faison is **GRANTED**, and the Motion for Summary Judgment (Doc. No. 64) filed by plaintiff Dean Fox is **DENIED**.

This is the final Order in this case, for purposes of Federal Rule of Civil Procedure 58.

It is so **ORDERED**.

ALETA A. TRAUGER
United States District Judge